## In re: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION.

### MDL No. 2092.

United States Judicial Panel on Multidistrict Litigation.

Oct. 1, 2009.

Before ROBERT L. MILLER, JR., Acting Chairman, JOHN G. HEYBURN II, Chairman *, KATHRYN H. VRATIL, DAVID R. HANSEN, W. ROYAL FURGESON, JR. and FRANK C. DAMRELL, JR., Judges of the Panel.

### TRANSFER ORDER

ROBERT L. MILLER, JR., Acting Chairman.

**Before the entire Panel \*:** Plaintiffs in 32 actions pending in various districts have submitted three motions, pursuant to 28 U.S.C. § 1407, to centralize this litigation in one of three suggested districts: the Northern District of Alabama (favored by plaintiffs in 25 actions), the Northern District of Georgia (favored by plaintiffs in three actions), or the District of Minnesota (favored by plaintiffs in four actions). Common defendant Pfizer Inc. (Pfizer) does not oppose centralization, but favors selection of the Southern District of New York as transferee district.

This litigation currently consists of 37 actions pending in sixteen districts as follows: five in the Western District of Louisiana, four in the District of Minnesota, four in the Eastern District of Missouri, four in the Western District of Tennessee, three in the Northern District of Alabama, three in the Eastern District of Pennsylvania, two in the Northern District of Georgia, two in the Western District of Kentucky, two in the Middle District of Louisiana, two in the District of South Carolina, and one each in the Southern District of Alabama, the Southern District of Illinois, the Southern District of Indiana, the Eastern District of Kentucky, the District of Nebraska, and the Eastern District of Tennessee, as listed on Schedule A.[1]

On the basis of the papers filed and hearing session held, we find that these 37 actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Alabama will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All 37 actions share factual issues regarding, *inter alia*, Pfizer's design, testing, manufacture, and marketing of Chantix (varenicline), a smoking cessation drug alleged to have numerous adverse side effects, including causing suicidal ideation, depression, seizures, memory loss, and/or other mental or physical ailments. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings on discovery and other issues, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of Alabama is an appropriate transferee district for pretrial proceedings in this litigation. The 37 constituent actions are scattered among sixteen districts, and no one district stands out as the geographic focal point of this litigation. The Northern District of Alabama, however, is favored by a clear majority of plaintiffs, and currently is home to only one pending multidistrict litigation proceeding. In ad-

---

\* Judge Heyburn took no part in the disposition of this matter.

**1.** The parties have notified the Panel of five additional related actions. Those actions and any other related actions are potential tagalong actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435–36 (2001).

dition, three of the constituent actions were brought in that district, and Judge Inge P. Johnson, who is already overseeing two of them, has the time and experience to steer this litigation on a prudent course.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Alabama are transferred to the Northern District of Alabama and, with the consent of that court, assigned to the Honorable Inge P. Johnson for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

### SCHEDULE A

MDL No. 2092—**IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION**

*Northern District of Alabama*
Amelia C. McKnight v. Pfizer Inc., C.A. No. 2:09–1138
Kay McMullan, et al. v. Pfizer Inc., C.A. No. 3:09–433
LouAnn Barnett, etc. v. Pfizer Inc., C.A. No. 3:09–1203

*Southern District of Alabama*
Billy G. Bedsole, Jr. v. Pfizer Inc., C.A. No. 2:09–307

*Northern District of Georgia*
Mary Elizabeth Rook, etc. v. Pfizer Inc., C.A. No. 1:09–1400
Virginia Spencer v. Pfizer Inc., C.A. No. 1:09–1672

*Southern District of Illinois*
Helen Boschert v. Pfizer Inc., C.A. No. 3:09–385

*Southern District of Indiana*
Linda Collins, etc. v. Pfizer Inc., C.A. No. 1:08–888

*Eastern District of Kentucky*
Charles A. Fritts v. Pfizer Inc., C.A. No. 6:09–224

*Western District of Kentucky*
James Robinson, et al. v. Pfizer Inc., C.A. No. 3:09–357
Derrick L. Horne, Sr. v. Pfizer Inc., C.A. No. 5:08–173

*Middle District of Louisiana*
Linda F. Jenkins, et al. v. Pfizer Inc., C.A. No. 3:09–277
Donna Rice v. Pfizer Inc., C.A. No. 3:09–418

*Western District of Louisiana*
Daniel Williams v. Pfizer Inc., C.A. No. 3:08–1222
Melinda Lofton v. Pfizer Inc., C.A. No. 3:08–1224
Judy Brennon v. Pfizer Inc., C.A. No. 3:09–1093
Randall Scott Mercer v. Pfizer Inc., C.A. No. 5:08–1640
Jimmie Ivory, et al. v. Pfizer Inc., C.A. No. 5:09–72

*District of Minnesota*
Hayward G. Carr v. Pfizer Inc., C.A. No. 0:09–1947
Michael B. Shannon v. Pfizer Inc., C.A. No. 0:09–1951
Ryan M. Dean v. Pfizer Inc., C.A. No. 0:09–1952
Joel Ricketts v. Pfizer Inc., C.A. No. 0:09–1953

*Eastern District of Missouri*
Stephanie Sorocko v. Pfizer Inc., C.A. No. 4:08–1714
Aidan Dillard v. Pfizer Inc., C.A. No. 4:09–789

*Kimberly McDonald v. Pfizer Inc.*, C.A. No. 4:09–792

*Vonda Sue Johnson v. Pfizer Inc.*, C.A. No. 4:09–845

*District of Nebraska*

*Carol A. Jensen, etc. v. Pfizer Inc.*, C.A. No. 8:08–414

*Eastern District of Pennsylvania*

*Brian Kline v. Pfizer Inc.*, C.A. No. 2:08–3238

*Pauletta Jones v. Pfizer Inc.*, C.A. No. 2:09–2577

*Shelly Silk, etc. v. Pfizer Inc.*, C.A. No. 2:09–2578

*District of South Carolina*

*Clark Wheeler v. Pfizer Inc.*, C.A. No. 2:09–1397

*Leonard Lacobie v. Pfizer Inc.*, C.A. No. 6:09–1117

*Eastern District of Tennessee*

*Eusticia Douglas v. Pfizer Inc.*, C.A. No. 3:08–343

*Western District of Tennessee*

*Elizabeth Ann Carter v. Pfizer Inc.*, C.A. No. 2:08–2739

*Amanda Peek v. Pfizer Inc.*, C.A. No. 2:08–2740

*Bertha June Lantrip v. Pfizer Inc.*, C.A. No. 2:08–2778

*Lauren Crislip v. Pfizer Inc.*, C.A. No. 2:09–2403